```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE K04-0001--CV (RRB)
                "ANN ADAMS ET AL V SAFEWAY INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 03/12/04
           Closed: 05/13/04

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 03/12/04 receipt # 00001354
         Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ADAMS, ANN | Michael P. Heiser<br>Law Office of Michael P. Heiser<br>POB 23032<br>Ketchikan, AK 99901<br>907-225-1910<br>FAX 907-247-1810 |
| PLF 2.1 | WILLIAMS, JIM | Michael P. Heiser<br>(see above) |
| DEF 1.1 | SAFEWAY INC | Paul M. Hoffman<br>Robertson Monagle et al<br>801 W. 10th Street, Suite 300<br>Juneau, AK 99801<br>907-586-3340<br>FAX 907-586-6818 |
| DEF 2.1 | AUSTRAL FOODS INC | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE K04-0001--CV (RRB)
                            "ANN ADAMS ET AL V SAFEWAY INC ET AL"

                                      For all filing dates
```

      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:
         Referral Rule:
                Filed:  03/12/04
               Closed:  05/13/04

         Jurisdiction:  (4) Diversity (see citizenship of parties)
        PLF Diversity:  (1) Citizen of This State
        DEF Diversity:  (5) Incorporated and Principal Place of Business in Another State

       Nature of Suit:  (365) Personal injury - product liability

               Origin:  (2) Removed from State Court
               Demand:
           Filing fee:  Paid $150.00 on 03/12/04 receipt # 00001354
             Trial by:  Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/12/04 | DEF 1 Notice of Removal of state court action 1KE-04-000046 CI w/att exhs. |
| 1 - 2 | 03/12/04 | PLF 1-2 Jury Demand. |
| 2 - 1 | 03/12/04 | DEF 1 Certificate of Service of Filing Notice of Removal. |
| 3 - 1 | 03/12/04 | DEF 1 Attorney Appearance of Paul M. Hoffman on behalf of Safeway, Inc. |
| 4 - 1 | 03/12/04 | DEF 1 Notice of Compliance with 28 U.S.C. 1446(d). |
| 5 - 1 | 03/12/04 | DEF 1 Answer. |
| 6 - 1 | 03/16/04 | RRB Minute Order subsequent to removal that w/in 10 days petitioner to file copies of state court docs & svc list.  cc: cnsl |
| 7 - 1 | 03/26/04 | DEF 1 Notice of compliance |
| 8 - 1 | 03/26/04 | DEF 1 Notice of service list. |
| 9 - 1 | 03/26/04 | DEF 1 Notice of filing state court records. |
| 10 - 1 | 05/12/04 | RRB Minute Order plf is required to take action as to failure to serve. Plf to file proof of service re D2 to comply with FRCP 4(m).  cc: cnsl |
| 11 - 1 | 05/13/04 | PLF 1-2 Stipulation to dismiss. (coming from Ketchikna) |
| 11 - 2 | 05/13/04 | Order granting stipulation to dismiss with prejudice pursuant to FRCP 41(a) each party to bear their own costs, expenses and attorneys fees (11-1).  Plf also dismissed with prejudcie the action against Austral Foods, Inc.   cc: cnsl |